**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 17-30696 |
| | § | |
| VANESSA NICOLE THOMAS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,215.13 | Assets Exempt: | $1,600.00 |
| Total Distributions to Claimants: | $2,518.63 | Claims Discharged Without Payment: | $34,320.00 |
| Total Expenses of Administration: | $883.73 | | |

3) Total gross receipts of $4,362.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $959.64 (see **Exhibit 2**), yielded net receipts of $3,402.36 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $883.73 | $883.73 | $883.73 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $30,267.00 | $9,898.63 | $9,898.63 | $2,518.63 |
| **Total Disbursements** | $30,267.00 | $10,782.36 | $10,782.36 | $3,402.36 |

4). This case was originally filed under chapter 7 on 10/13/2017. The case was pending for 13 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>11/19/2018</u>     By:   <u>/s/ David P. Leibowitz</u>
                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2017 Federal Income Tax Refund | 1224-000 | $4,362.00 |
| **TOTAL GROSS RECEIPTS** | | $4,362.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| VANESSA THOMAS | Funds to Third Parties | 8500-002 | $959.64 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $959.64 |

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $850.59 | $850.59 | $850.59 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $14.80 | $14.80 | $14.80 |
| Green Bank | 2600-000 | NA | $18.34 | $18.34 | $18.34 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $883.73 | $883.73 | $883.73 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | T Mobile/T-Mobile USA Inc | 7100-000 | $1,046.00 | $672.52 | $672.52 | $672.52 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | Commonwealth Edison Company | 7200-000 | $2,281.00 | $2,556.47 | $2,556.47 | $511.54 |
| 3 | City of Chicago Department | 7200-000 | $0.00 | $689.37 | $689.37 | $137.94 |
| 4 | City Of Chicago Department of Finance | 7200-000 | $0.00 | $5,980.27 | $5,980.27 | $1,196.63 |
| | Acceptance Now | 7100-000 | $4,474.00 | $0.00 | $0.00 | $0.00 |
| | Credit One Bank | 7100-000 | $588.00 | $0.00 | $0.00 | $0.00 |
| | Peoples Energy | 7100-000 | $333.00 | $0.00 | $0.00 | $0.00 |
| | Peoples Energy | 7100-000 | $881.00 | $0.00 | $0.00 | $0.00 |
| | Peoples Energy | 7100-000 | $862.00 | $0.00 | $0.00 | $0.00 |
| | Peoples Gas | 7100-000 | $614.00 | $0.00 | $0.00 | $0.00 |
| | Peoples Gas, Light & Coke | 7100-000 | $342.00 | $0.00 | $0.00 | $0.00 |
| | Santander | 7100-000 | $4,168.00 | $0.00 | $0.00 | $0.00 |
| | US Department of Education | 7100-000 | $2,625.00 | $0.00 | $0.00 | $0.00 |
| | US Department of Education | 7100-000 | $1,750.00 | $0.00 | $0.00 | $0.00 |
| | US Department of Education | 7100-000 | $4,820.00 | $0.00 | $0.00 | $0.00 |
| | US Department of Education | 7100-000 | $2,193.00 | $0.00 | $0.00 | $0.00 |
| | US Department of Education | 7100-000 | $3,290.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $30,267.00 | $9,898.63 | $9,898.63 | $2,518.63 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 17-30696 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | THOMAS, VANESSA NICOLE | Date Filed (f) or Converted (c): | 10/13/2017 (f) |
| For the Period Ending: | 11/19/2018 | §341(a) Meeting Date: | 11/15/2017 |
| | | Claims Bar Date: | 06/29/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Two beds, one sofa, one table, and one kitchen table | $400.00 | $0.00 | | $0.00 | FA |
| 2  Two TV's, two cellphones, DVD player | $700.00 | $0.00 | | $0.00 | FA |
| 3  Jeans, sweaters, socks, underwear, and tennis shoes (debtor and daughter) | $500.00 | $0.00 | | $0.00 | FA |
| 4  401(k) - Walmart | $315.13 | $315.13 | | $0.00 | FA |
| 5  Security Deposit (with landlord) | $900.00 | $900.00 | | $0.00 | FA |
| 6  2017 Federal Income Tax Refund    (u) | $0.00 | $3,402.36 | | $4,362.00 | FA |
| **Asset Notes:**    Debtor's Pro-Rated Portion: $959.64 | | | | | |

**TOTALS (Excluding unknown value)**    **Gross Value of Remaining Assets**

$2,815.13    $4,617.49    $4,362.00    $0.00

**Major Activities affecting case closing:**

06/14/2018    2018 Reporting Period:
Trustee's Final Report set to be heard August 22, 2018.

Initial Projected Date Of Final Report (TFR):    07/31/2018    Current Projected Date Of Final Report (TFR):    /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| Case No. | 17-30696 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | THOMAS, VANESSA NICOLE | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***0388 | | | Checking Acct #: | ******9601 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 10/13/2017 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/19/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/28/2018 | | United States Treasury | 2017 Federal Income Tax Refund | * | $4,362.00 | | $4,362.00 |
| | {6} | | Estate Portion - 2017 Federal Income Tax Refund    $3,402.36 | 1224-000 | | | $4,362.00 |
| | {6} | | Debtor's Pro-Rated Portion - 2017 Federal Income Tax Refund    $959.64 | 1280-002 | | | $4,362.00 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $1.13 | $4,360.87 |
| 04/04/2018 | 3001 | VANESSA THOMAS | Debtor's Pro-Rated Portion - 2017 Federal Income Tax Refund | 8500-002 | | $959.64 | $3,401.23 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $6.28 | $3,394.95 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $5.47 | $3,389.48 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $5.46 | $3,384.02 |
| 08/26/2018 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $14.80 | $3,369.22 |
| 08/26/2018 | 3003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $850.59 | $2,518.63 |
| 08/26/2018 | 3004 | T Mobile/T-Mobile USA Inc | Claim #: 1; Amount Claimed: $672.52; Distribution Dividend: 100.00%; | 7100-000 | | $672.52 | $1,846.11 |
| 08/26/2018 | 3005 | Commonwealth Edison Company | Claim #: 2; Amount Claimed: $2,556.47; Distribution Dividend: 20.01%; | 7200-000 | | $511.54 | $1,334.57 |
| 08/26/2018 | 3006 | City of Chicago Department | Claim #: 3; Amount Claimed: $689.37; Distribution Dividend: 20.01%; | 7200-000 | | $137.94 | $1,196.63 |
| 08/26/2018 | 3007 | City Of Chicago Department of Finance | Claim #: 4; Amount Claimed: $5,980.27; Distribution Dividend: 20.01%; | 7200-000 | | $1,196.63 | $0.00 |

| | | | | SUBTOTALS | $4,362.00 | $4,362.00 | |

**FORM 2**  Page No: 2   Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 17-30696 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | THOMAS, VANESSA NICOLE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***0388 | | Checking Acct #: | ******9601 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/13/2017 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/19/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $4,362.00 | $4,362.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $4,362.00 | $4,362.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $4,362.00 | $4,362.00 | |

| For the period of **10/13/2017** to **11/19/2018** | | For the entire history of the account between **03/28/2018** to **11/19/2018** | |
|---|---|---|---|
| Total Compensable Receipts: | $3,402.36 | Total Compensable Receipts: | $3,402.36 |
| Total Non-Compensable Receipts: | $959.64 | Total Non-Compensable Receipts: | $959.64 |
| Total Comp/Non Comp Receipts: | $4,362.00 | Total Comp/Non Comp Receipts: | $4,362.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $3,402.36 | Total Compensable Disbursements: | $3,402.36 |
| Total Non-Compensable Disbursements: | $959.64 | Total Non-Compensable Disbursements: | $959.64 |
| Total Comp/Non Comp Disbursements: | $4,362.00 | Total Comp/Non Comp Disbursements: | $4,362.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 3  Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| **Case No.** | 17-30696 | **Trustee Name:** | David Leibowitz |
| **Case Name:** | THOMAS, VANESSA NICOLE | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***0388 | **Checking Acct #:** | ******9601 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 10/13/2017 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 11/19/2018 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $4,362.00 | $4,362.00 | $0.00 |

**For the period of 10/13/2017 to 11/19/2018**

| | |
|---|---|
| Total Compensable Receipts: | $3,402.36 |
| Total Non-Compensable Receipts: | $959.64 |
| Total Comp/Non Comp Receipts: | $4,362.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,402.36 |
| Total Non-Compensable Disbursements: | $959.64 |
| Total Comp/Non Comp Disbursements: | $4,362.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/13/2017 to 11/19/2018**

| | |
|---|---|
| Total Compensable Receipts: | $3,402.36 |
| Total Non-Compensable Receipts: | $959.64 |
| Total Comp/Non Comp Receipts: | $4,362.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,402.36 |
| Total Non-Compensable Disbursements: | $959.64 |
| Total Comp/Non Comp Disbursements: | $4,362.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ